IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**GREGORY ALLEN MINES,**

    Plaintiff,

v.

**ANTHONY BARBER,** *et al.***,**

    Defendants.

Civil Action No. 7:13-CV-163 (HL)

**ORDER**

    Before the Court is the Motion for Reconsideration (Doc. 10) by Plaintiff Gregory Mines ("Plaintiff") under Federal Rule of Civil Procedure 59(e). Plaintiff is a prisoner currently confined at a state prison. He asks the Court to reconsider its Order (Doc. 9) dismissing his Complaint, stating 42 U.S.C. § 1983 claims, after its preliminary review pursuant to 28 U.S.C. § 1915. The motion is denied. Plaintiff has failed to provide the Court with newly-discovered evidence or to point it to manifest errors of law or fact that would support his motion. *See* Sherrod v. Palm Beach Cnty. Sch. Dist., 237 F. App'x 423, 424 (11th Cir. 2007); In re Kellog, 197 F.3d 1116, 1119 (11th Cir. 1999).

    **SO ORDERED**, this the 2nd day of July, 2014.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

scr